**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                   No.  4:96CR00267-1 KGB

ELMER AUGUSTUS BELL JR.                                                              DEFENDANT

## ORDER

Pending is the government's motion for revocation of defendant Elmer Augustus Bell, Jr.'s supervised release and for issuance of a summons for him to appear before this Court to show cause why his supervised release should not be revoked (Dkt. No. 106).

The request for issuance of a summons is granted.  The Clerk is directed to issue a summons for Mr. Bell to appear before this Court on Wednesday, July 23, 2014 at 2:00 p.m. in Courtroom #4C.

Nicole Lybrand of the Federal Public Defender's Office is appointed as counsel for Mr. Bell.

IT IS SO ORDERED this 7th day of July, 2014.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE