**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                       Case No. 4:96CR00267-01 KGB

ELMER AUGUSTUS BELL JR.                                                                                  DEFENDANT

**<u>ORDER</u>**

Pending before the Court is the defendant's Unopposed Motion to Continue Revocation hearing currently set for October 16, 2014 (Dkt. No. 111).  Good cause having been shown, the motion is granted (Dkt. No. 111).

The hearing on the pending motion to revoke supervised release of defendant Elmer Augustus Bell Jr., is hereby rescheduled for Friday, February 27, 2015, at 9:30 a.m., in Courtroom #4-C, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 9th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE