IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                     Case No. 4:96-cr-00267 KGB

ELMER AUGUSTUS BELL, JR.                                                          DEFENDANT

## ORDER

Pending is defendant Elmer Augustus Bell's unopposed motion to continue revocation hearing (Dkt. No. 128). For good cause shown, the motion is granted.

The revocation hearing in this matter is removed from this Court's calendar for Wednesday, June 7, 2017 at 2:00 p.m., and will be rescheduled by separate notice.

It is so ordered this 1st day of June, 2017.

Kristine G. Baker
United States District Judge